Attachment 4 - Civil Complaint

**FILED**
MAY 0 7 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

_____Tramaine Michelle Williams_____
Plaintiff(s)

CASE NUMBER **W19CA293**

_____United States_____
Defendant(s)

## COMPLAINT

1

The Plaintiff, Tramaine Michelle Williams, resides at 903 Travis Ln. Unit A, Harker Heights, TX 76548, with mailing address listed as P.O. Box 11811 Killeen, TX 76547.

2

The Defendant is the United States. The U.S. Attorney of the Western District of Texas, Civil Division, is located at 601 NW Loop 410, Suite 600, San Antonio, TX 78216. The U.S. Attorney General, U. S. Department of Justice is located at Room 4400, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

3

The Western District of Texas Federal District Court, Waco Division, has jurisdiction over this complaint. The court oversees cases for residents of, and complaints originating in Bell County, TX. The court hears cases filed according to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680.

4

The Veterans Affairs Hospital in Waco, TX released my husband, Specialist Bobby Lee Williams, United

States Army, from inpatient psychiatric treatment in three days after he was transported from Baylor Scott and White Medical Center, where the psychiatrist had a court order for 90-day inpatient treatment. The psychiatrist at the VA Hospital failed to provide the in-patient treatment my husband would have received at Baylor Scott and White Medical Center, and my husband died less than a week later of what would have been his 90-day discharge date.  The psychiatrist at Baylor Scott and White Hospital explained his condition as such: "The patient has the means and intent to commit suicide if he were discharged or left an inpatient environment."

## Requested Relief

I, Tramaine Williams (Plaintiff), am seeking monetary relief for my family in the amount of $3,000,000.00.  I am seeking relief for loss of life for my husband, pain and suffering for myself and my children, loss of consortium, and mental anguish.

*Tramaine M. Williams 5/7/19*
Tramaine Michelle Williams
903 Travis Ln. Unit A.
Harker Heights, TX 76548
(214)404-4651